In the Matter of the Application of CHARLES TORTORA to Present Appeal on Typewritten Papers.— Application granted. Present — Hill, P. J., Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOHN L. CASEY, Respondent, against the Estate of CECELIA H. CASEY, Deceased. LENA L. BRAY, as Executrix, etc., of CECELIA H. CASEY, Deceased, Appellant. In the Matter of the Claim of JOSEPH CASEY, JR., Respondent, against the Estate of CECELIA H. CASEY, Deceased. LENA L. BRAY, as Executrix, etc., of CECELIA H. CASEY, Deceased, Appellant.— Appeal by the executrix of Cecelia H. Casey, deceased, from a decree of the Surrogate's Court of Rensselaer county, allowing two claims against the estate, one for $650 to John L. Casey, a brother, and another for ninety-three dollars to Joseph Casey, Jr., a nephew. It was established that John L. Casey had worked on the farm for eight years before the death of the testatrix. During the first two of those years the farm was operated by the then owner, Daniel Casey, a brother of testatrix and claimant, who devised it to this testatrix. She conducted it for six years and until the time of her death, with the aid of John L. Casey, who did general farm work for eight or nine months of each year, and during the remaining months performed some work. The value of the services, their performance, the expectation to pay therefor, and non-payment, were established by disinterested witnesses. The nephew, Joseph Casey, Jr., worked on the farm occasionally — he helped harvest the crops, cut wood, etc. His claim for ninety-three dollars was established by competent proof. Decree unanimously affirmed, with costs payable out of the estate, to the attorney for respondent, John L. Casey. Present — Hill, P. J., Crapser, Bliss and Heffernan, JJ.

AUGUSTUS BOWER, Respondent, v. FRED LEWIS PALMER and WILLIAM PALMER, Doing Business under the Firm Name and Style of F. L. PALMER & SON, Appellants. — Plaintiff has recovered against defendants damages arising through the sale to him of cows suffering from or exposed to shipping fever, a highly contagious bovine disease. According to the evidence given on behalf of plaintiff defendants represented the cows to be free from the disease, while in fact some of them were suffering therefrom. Other cows belonging to plaintiff contracted the disease. The judgment of $1,288.66 should be modified by deducting $120 therefrom. Judgment modified by deducting $120 therefrom, and as so modified affirmed, with costs. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur.